FILED
CLERK, U.S. DISTRICT COURT
MAY 11 2007
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dreamworks Animation <br><br> PLAINTIFF(S) <br> v. <br><br> Ventech Solutions Inc., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV07-2165 SVW(FMOx) <br><br> **DEFAULT BY CLERK** <br> **F.R.Civ.P. 55(a)** |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Ventech Solutions Inc.

_____

Clerk, U. S. District Court

May 11, 2007
Date

By Brent Pacillas
Deputy Clerk

CV-37 (10/01)  DEFAULT BY CLERK F.R.Civ.P. 55(a)